Raymond L. Legg, Marcie W. Bower, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph E. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

A consolidated appeal. Defendant was convicted as a prior and persistent offender of first degree robbery and armed criminal action. He appeals his convictions and the denial of his 29.15 motion after a hearing based on ineffective assistance of counsel. We affirm per Rules 84.16(b) and 30.25(b). No error of law appears, and the motion court's findings are not clearly erroneous. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only.

Before AHRENS, P.J. and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief.

The motion court did not abuse its discretion in denying Defendant's motion for continuance of his evidentiary hearing because Defendant was not prejudiced by such denial. *State v. Schaal*, 806 S.W.2d 659, 666 [12] (Mo.banc 1991).

We also determine an opinion in this matter would have no precedential value and affirm by order opinion. Rule 84.16(b). A memorandum has been provided for the parties' use only.

**Roger Dale FREEMAN, Defendant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

No. 62507.

Missouri Court of Appeals, Eastern District, Division One.

May 18, 1993.

**Dennis Lee SHERROW, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 62276.

Missouri Court of Appeals, Eastern District, Division One.

May 18, 1993.

Robert L. Fleming, R. Cristine Stallings, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Raymond Legg, Office of the State Public Defender, Columbia, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.